# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Mayamu Kamara,<br><br>Petitioner(s),<br><br>v.<br><br>Pamela Bondi, Peter Berg, Jamie Holt, Todd Lyons, Kristi Noem, Ty Hoppe and Joel Brott,<br><br>Respondent(s). | **JUDGMENT IN A CIVIL CASE**<br><br>Case Number: 25-cv-3035 JWB/LIB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner Mayamu K.'s petition for a writ of habeas corpus (Doc. No. 1) is GRANTED.

2. Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b), and is instead subject to detention, if at all, under the discretionary provisions of 8 U.S.C. § 1226(a)(1).

3. Petitioner must be immediately released from detention under the conditions of her February 18, 2024 Order of Release on Recognizance.

4. Within ten days of the date of this Order, the Parties shall confirm Petitioner's release.

Date: 10/21/2025                                                                                   KATE M. FOGARTY, CLERK